1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  JOHN D. COOKE (CABN 233267)
   Special Assistant United States Attorney
5
       1301 Clay Street, Suite 340S
6      Oakland, CA 94612
       Telephone: (510) 637-3680
7      Fax: (510) 637-3724
       E-Mail: John.Cooke@usdoj.gov
8
   Attorneys for the United States of America
9

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                           OAKLAND DIVISION

13  UNITED STATES OF AMERICA,           )   No. CR-10-00326 SBA
                                        )
14      v.                              )   [PROPOSED] ORDER EXCLUDING
                                        )   TIME FROM MAY 7, 2010 TO JUNE 8,
15  GARY STEVEN GROSS,                  )   2010 FROM SPEEDY TRIAL ACT
                                        )   CALCULATION (18 U.S.C. §
16          Defendant.                  )   3161(h)(7)(A) and (B))
                                        )
17  _____ )

18          Defendant Gary Steven Gross was arraigned on the indictment before the Court on May

19  7, 2010. At that time counsel for the defendant indicated she would need time both to review

20  discovery materials and to meet with her client. The Court set an appearance date of June 8,

21  2010, for status and trial setting, before the Hon. Saundra Brown Armstrong. The Court then

22  ordered that time should be excluded from the Speedy Trial Act calculation from May 7, 2010

23  through June 8, 2010, for effective preparation of defense counsel. With the agreement of the

24  parties, the Court enters this order documenting the exclusion of time under the Speedy Trial Act,

25  18 U.S.C. § 3161(h)(7)(A) and (B), from May 7, 2010 through June 8, 2010.

26          The parties agreed, and the Court found and held, as follows:

27      1.      The parties agreed to the exclusion of time under the Speedy Trial Act so that

28  defense counsel would have time to meet with her client and to review newly-produced

No. CR-10-00326 SBA
[Proposed] Order Excluding Time

discovery, taking into account the exercise of due diligence.

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from May 7, 2010 to June 8, 2010 from Speedy Trial Act calculations outweighs the interests of the public and the defendant in a speedy trial by allowing time for the defense effectively to prepare the case, in accordance with 18 U.S.C. § 3161(h)(7)(A) and (B).

3. Accordingly, with the consent of the defendant's attorney, the Court ordered that the period from May 7, 2010 to June 8, 2010 be excluded from Speedy Trial Act calculations, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

DATED: May 17, 2010

HON. LAUREL BEELER
United States Magistrate Judge

No. CR-10-00326 SBA
[~~Proposed~~] Order Excluding Time