1 | BARRY J. PORTMAN
Federal Public Defender
2 | JOYCE LEAVITT
Assistant Federal Public Defender
3 | 555 12th Street, Suite 650
Oakland, CA 94607-3627
4
Counsel for Defendant GROSS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 10-00326 SBA |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER FOR |
| v. | ) | CONTINUANCE OF STATUS DATE |
| | ) | |
| | ) | |
| GARY STEVEN GROSS, | ) | |
| | ) | |
| Defendant. | ) | |

　　　IT IS HEREBY STIPULATED, by and between the parties to this action, that the status date in this case, currently scheduled for August 5, at 2:00 a.m. before Honorable Judge Saundra Brown Armstrong, may be continued to Tuesday, September 7, 2010, at 9:00 a.m. for status.  The reason for the request is that this case involves allegations of wire fraud and money laundering and the parties are continuing with investigation, including determining accurate loss amounts which would affect the potential exposure in this case.  Should the Court grant the continuance to September 7, 2010, it should allow enough time for counsel to complete this phase of the investigation and be prepared to proceed to set further dates.

*United States v.Gross*, CR 10-00326 SBA
Stip. to Continue Status　　　　　　　　　　　　　　　　　- 1 -

1 | The parties stipulate that the time from August 5, 2010, to September 7, 2010, should be
2 | excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) for
3 | adequate preparation of counsel to allow counsel additional time to conduct it's investigation
4 |
5 | including having the drugs retested for weight and purity.

6 | DATED: 8/03/10                    _____/s/_____
7 |                                    JOYCE LEAVITT
  |                                    Assistant Federal Public Defender
8 |

9 | DATED: 8/03/10                    _____/s/_____
10|                                    JOHN COOKE
  |                                    Special Assistant United States Attorney
11|
12|
13|
14|
15| I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature (/s/) within this e-filed document.

*United States v. Gross*, CR 10-00326 SBA
Stip. to Continue Status                - 2 -

# ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status date in this case, currently scheduled for August 5, 2010, at 2:00 p.m. before Honorable Judge Saundra Brown Armstrong, may be continued to Tuesday, September 7, 2010, at 9:00 a.m. for status.

IT IS FURTHER ORDERED that the time from August 5, 2010, to September 7, 2010, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) for adequate preparation of counsel, so that the parties can continue investigation regarding the loss amounts and potential exposure.  The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial and the failure to grant the requested continuance would unreasonably deny the defendant's counsel the reasonable time necessary for effective preparation, taking into account due diligence.

SO ORDERED.

DATED: 8/4/10

_____
HONORABLE SAUNDRA BROWN ARMSTRONG
United States District Judge