1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  JOHN D. COOKE (CABN 233267)
   Special Assistant United States Attorney
5
        1301 Clay Street, Suite 340S
6       Oakland, CA 94612
        Telephone: (510) 637-3680
7       Fax: (510) 637-3724
        E-Mail: John.Cooke@usdoj.gov
8
9  Attorneys for the United States of America

10                      UNITED STATES DISTRICT COURT
11                     NORTHERN DISTRICT OF CALIFORNIA
12                             OAKLAND DIVISION
13
   UNITED STATES OF AMERICA,        )   No. CR-10-00326 SBA
14                                  )
        v.                          )   **STIPULATION TO CONTINUE;**
15                                  )   **[PROPOSED] ORDER CONTINUING**
   GARY STEVEN GROSS,               )   **STATUS HEARING**
16                                  )
        Defendant.                  )
17  _____  )
18
19
20       IT IS HEREBY STIPULATED, by and between the parties to this action, that the

21  STATUS HEARING date of September 21, 2010, scheduled at 9:00 a.m., before the Honorable

22  Saundra B. Armstrong, be vacated and reset for November 16, 2010 at 9:00 a.m.

23       The requested continuance is sought under the Speedy Trial Act, 18 U.S.C. §

24  3161(h)(7)(A) and (B)(iv).  The reason for this continuance is that defense counsel requires

25  additional time to investigate issues regarding the amount of the alleged loss in this case.  For

26  that reason, the parties stipulate that the ends of justice served by the continuance requested

27  herein outweigh the best interests of the public and the defendant in a speedy trial because the

28  failure to grant such a

1  continuance would unreasonably deny counsel for the defendant the reasonable time necessary
2  for effective preparation, taking into account the exercise of due diligence.
3
4  DATED: September 17, 2010
5                                                  _____/s/_____
                                                   JOHN D. COOKE
6                                                  Special Assistant United States Attorney
7
8  DATED: September 17, 2010
9                                                  _____/s/_____
                                                   JOYCE LEAVITT
10                                                 Assistant Federal Public Defender
                                                   Attorney for Gary Steven Gross
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

No. CR-10-00326 SBA
[Proposed] Order Continuing Status Hearing

**ORDER**

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS:

The ends of justice served by the granting of the continuance from September 21, 2010 until November 16, 2010 outweigh the best interests of the public and the defendant in a speedy and public trial because additional investigation and review are necessary to the defense preparation of the case and effective preparation of counsel.

Based on these findings, IT IS HEREBY ORDERED that time be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) from September 21, 2010 until November 16, 2010.

IT IS FURTHER ORDERED that the STATUS HEARING date of September 21, 2010, scheduled at 9:00 a.m., before the Honorable Saundra B. Armstrong, be vacated and reset for November 16, 2010 at 9:00 a.m.

DATED: 9/20/10

_____
HON. SAUNDRA B. ARMSTRONG
UNITED STATES DISTRICT JUDGE

No. CR-10-00326 SBA
[Proposed] Order Continuing Status Hearing