MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Acting Chief, Criminal Division

STEPHEN G. CORRIGAN (MABN 100560)
Assistant United States Attorney

   1301 Clay Street Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3680
   FAX: (510) 637-3724
   E-Mail: Stephen.Corrigan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-10-00326 SBA |
|    Plaintiff, | ) ) | ORDER EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| v. | ) ) | |
| GARY GROSS, | ) ) | Date: December 6, 2010<br>Time: 10:00 a.m.<br>Court: Hon. Donna M. Ryu |
|    Defendant. | ) ) | |

     Defendant Gary Gross appeared on December 6, 2010 before this Court during which defendant's counsel requested that the matter be continued to December 16, 2010 to allow her sufficient time to review the evidence produced by the government. The government had no objection and this Court set the matter for a further status hearing on December 16, 2010 at 10:00 a.m. The parties agreed to an exclusion of time pursuant to the Speedy Trial Act (18 U.S.C. § 3161) from December 6, 2010 to December 16, 2010 to allow for effective preparation of counsel and defense counsels' need to review the discovery. Given these circumstances, the Court found that the ends of justice served by excluding the period from December 6, 2010 to December 16, 2010 outweigh the best interest of the public and the defendants in a speedy trial.

1  18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

2    IT IS HEREBY ORDERED that:

3      With the consent of the defendant, the period from December 6, 2010 to
4  December 16, 2010 is excluded from the Speedy Trial Act calculations for the effective
5  preparation of counsel, taking into account the exercise of due diligence, and pursuant to 18
6  U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

7

8  IT IS SO ORDERED

9

10  DATED: December _7_, 2010

11                _____
12                HONORABLE DONNA M. RYU
              United States Magistrate Judge

ORDER EXCLUDING TIME
No. CR-10-00326 SBA