|   |   |
|---|---|
|   | UNITED STATES DISTRICT COURT |
|   | NORTHERN DISTRICT OF CALIFORNIA |
|   | OAKLAND DIVISION |

| UNITED STATES OF AMERICA, | ) | No. CR-10-00326 SBA |
|---|---|---|
| Plaintiff, | ) | [PROPOSED] ORDER GRANTING STIPULATED REQUEST TO SET CHANGE OF PLEA AND SENTENCING ON APRIL 19, 2011 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | ) | |
| GARY STEVEN GROSS, | ) | |
| Defendant. | ) | Date:  April 19, 2011<br>Time:  10:00 a.m.<br>Court:  Hon. Saundra Brown Armstrong |

The parties jointly requested that this matter be set for change of plea and sentencing on April 19, 2011 at 10:00 a.m.  The parties further requested that time be excluded under the Speedy Trial Act between January 31, 2011 and April 19, 2011 to allow time for the Court to consider the proposed plea agreement to be entered into by the defendant and the attorney for the government, and to allow time for the preparation of a Presentence Investigation Report by the United States Probation Office.  Defendant agreed that the Court may review the pre-plea Presentence Investigation Report even though he has not yet pleaded guilty.  Good cause appearing therefore, and pursuant to 18 U.S.C. § 3161(h)(1)(G),

**IT IS HEREBY ORDERED** that this matter is set for change of plea and sentencing on April 19, 2011 at 10:00 a.m., and that time between February 1, 2011 and April 19, 2011 is

STIP. REQ. TO SET CHANGE OF PLEA & SENTENCING ON APRIL 19, 2011 & TO EXCLUDE TIME
No. CR-10-00326 SBA

excluded under the Speedy Trial Act, and specifically pursuant to 18 U.S.C. § 3161(h)(1)(G), for consideration by the Court of a proposed plea agreement to be entered into by the defendant and the attorney for the government.

**IT IS FURTHER ORDERED** that the United States Probation Office shall prepare a Presentence Investigation Report.

DATED:_2/2/11                                   _____
                                                HON. SAUNDRA BROWN ARMSTRONG
                                                United States District Judge