BARRY J. PORTMAN
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607-3627
(510) 637-3500

Counsel for Defendant GARY GROSS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No.  CR 10-00326 SBA |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | CONTINUING CHANGE OF PLEA |
| | ) | AND SENTENCING DATE; |
| | ) | EXCLUSION OF TIME |
| GARY STEVEN GROSS, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION**

IT IS HEREBY STIPULATED, by and between the parties to this action, that the change of plea and sentencing date in this case with respect to Gary Steven Gross, currently scheduled for Wednesday, April 20, 2011, at 3:00 p.m. before Honorable Saundra Brown Armstrong, may be continued to May 11, 2011, at 10:00 a.m. for change of plea and sentencing.  The reason for the requested continuance is that there is additional information which defense counsel has presented to the government which may affect the sentencing in this case.  The additional time will allow the government to consider the information and provide it to the United States Probation officer for

revisions to the pre-plea report, if necessary, prior to the change of plea and sentencing.

IT IS FURTHER STIPULATED that the time between April 20, 2011 and May 11, 2011, may be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel so that the government can consider the additional information and the pre-plea report can be revised prior to the change of plea and sentencing.

Counsel has spoken to United States Probation Officer Jessica Goldsberry who has no objection to the requested continuance. Ms. Goldsberry is available on May 11, 2011, should the Court continue the change of plea and sentencing to that date.

DATED: 4/15/11                          /s/
                                        JOYCE LEAVITT
                                        Assistant Federal Public Defender


DATED: 4/15/11                          /s/
                                        STEPHEN CORRIGAN
                                        Assistant United States Attorney

I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature (/s/) within this e-filed document.

*U S v. Gary Gross.,* CR 10-00326 SBA;
Stip. Continuing Sentencing                          - 2 -

# ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the change of plea and sentencing in this case, currently scheduled for Wednesday, April 20, 2011, at 3:00 p.m., is hereby continued to Wednesday, May 11, 2011, at 10:00 a.m. for change of plea and sentencing.

IT IS FURTHER ORDERED that the time between April 20, 2011, and May 11, 2011, shall be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel so that the government can consider additional information and the pre-plea report can be revised if possible prior to the change of plea and sentencing. The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial and the failure to grant the requested continuance would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account due diligence.

SO ORDERED.

DATED:4/18/11

_____
HONORABLE SAUNDRA BROWN ARMSTRONG
United States District Judge

*U S v.Gary Gross.*, CR 10-00326 SBA;
Stip. Continuing Sentencing                - 3 -