BARRY J. PORTMAN
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, California 94607
Telephone: (510) 637-3500

Counsel for Defendant GARY GROSS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10-00326 SBA |
| Plaintiff, ) | |
| v. ) | ORDER FOR EXTENSION |
| GARY STEVEN GROSS, ) | OF SELF-SURRENDER DATE |
| Defendant. ) | |

GOOD CAUSE APPEARING, the June 24, 2011, self-surrender date for defendant Gary Steven Gross, shall be extended two weeks to July 8, 2011, to allow the Bureau of Prisons additional time to obtain the necessary medical records and designate Mr. Gross to a federal facility so that he can then self-surrender to the designated facility.

SO ORDERED.

Dated: June 21, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

*U.S. v. Gary Steven Gross*, CR 10-00326 SBA
ORDER: RE: SELF-SURRENDER DATE